1414

## MOTION DOCKET

**90–1929.** Sturm v. Sturm. *Cuyahoga County,* No. 57380. On motion to substitute the parties. Motion granted.

WRIGHT, J., not participating.

**91–1657.** State ex rel. Fant v. Flaherty. *Franklin County,* No. 90AP–1323. On submission of expenses. Submission granted in the prayed-for amount of $231.93.

**91–1760.** State ex rel. Donaldson v. Alfred. In Mandamus. On motion to vacate protective order and request for oral argument. Motion and request denied.

DOUGLAS, J., not participating.

**91–1785.** State ex rel. Toledo Blade Co. v. Univ. of Toledo Found. In Mandamus. On motion for leave to exceed page limit. Motion granted.

HOLMES, J., dissents.

**91–2218.** State v. Storch. *Erie County,* No. E–90–18. On motion for leave to file *amicus* of Ohio Prosecuting Attorneys Association. Motion granted.

**91–2247.** In re Shaker Hts. *Cuyahoga County,* No. 62323. On motion for leave to amend reply brief. Motion granted.

**91–2472.** In re Annexation of 466.112 Acres from Washington Twp. *Montgomery County,* No. 12567. On motions for leave to file *amicus* of Ohio Municipal League and Ohio Township Association. Motions granted.

**91–2476.** Case v. Norfolk & Western RR. Co. *Sandusky County,* No. S–90–24. On motion for leave to file *amicus* of Ohio Academy of Trial Lawyers. Motion granted.

**91–2536.** Ohio Historical Society v. Ohio Council 8, AFSCME, AFL–CIO. *Franklin County,* Nos. 91AP–97 and 91AP–98. On motion for leave to supplement the record. Motion granted.

H. BROWN, J., not participating.